ACCEPTED
06-15-00062-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 8:50:34 AM
DEBBIE AUTREY
CLERK

No. 06-15-00062-CV

IN THE COURT OF APPEALS
FOR THE SIXTH APPELLATE
DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 8:50:34 AM
DEBBIE AUTREY
Clerk

ALLEN "F" CALTON
Appellant

V.

STEVE SCHILLER, SHARON KELLER,
TERRIE LIVINGSTON, AND LOUIS STURNS
Appellees

Appealed from the 153rd District Court of Tarrant County, Texas,
The Honorable Susan Heygood McCoy, Presiding
Cause No. 153-270690-14

APPELLEE STEVE SCHILLER'S
FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Steve Schiller files this First Motion for Extension of Time to File Appellee's Brief under Tex. R. App. P. 10.5 (b) (1). In support of this motion, Appellee shows the following:

1.    Appellee's brief is due no later than December 28, 2015.

2.    Appellee respectfully requests an extension of time of 30 days. This is Appellee's first request for an extension of time in this case.

1

3.     Due to overlapping deadlines and a previously scheduled vacation, additional time is necessary to adequately respond to Appellant's brief.   This extension is sought not for the purpose of delay, but so that justice may be done.

Therefore, Appellee prays that this Court grant this motion for extension of time.

Respectfully submitted,

SHAREN WILSON
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

**/s/ *CHRISTOPHER W. PONDER***
Assistant Criminal District Attorney
State Bar No. 24041705
401 West Belknap Street, 9th Floor
Fort Worth, Texas  76196-0401
Phone:  817-884-1233
Fax: 817-884-1675
cwponder@tarrantcountytx.gov
**ATTORNEY FOR TARRANT COUNTY, TEXAS**

**CERTIFICATE OF SERVICE**

I certify that on this the 18th day of December 2015, a true and correct copy of the foregoing instrument in the above-referenced cause was served on the following persons as indicated below:

Mr. Allen "F" Calton          **CM/RRR 7014 1200 0002 0906 7276**
Stiles Unit TDC #1123880
3060 FM 3514
Beaumont, TX 77705

Mr. Demetri Anastasiadis      **CM/RRR 7014 1200 0002 0906 7283**
Texas Attorney General's Office
300 W. 15th St.
Austin, TX 78701


*/s/ CHRISTOPHER W. PONDER*
Assistant Criminal District Attorney